

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00351-CR

| | | |
|---|---|---|
| ROBERT MICHAEL EUBANK, Appellant | § | On Appeal from the 355th District Court |
| | § | of Hood County (CR12185) |
| V. | § | June 27, 2019 |
| | § | Opinion by Justice Gabriel |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment adjudicating guilt. We modify the judgment and the attached order to withdraw funds to reflect $414 in court costs. As modified, it is ordered that the judgment adjudicating guilt is affirmed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel
Justice Lee Gabriel